# UNITED STATES DISTRICT COURT
for the

Middle District of Georgia

| | |
|---|---|
| United States of America<br>v.<br><br>Brandon Silman<br><br>Date of Original Judgment: May 12, 2023<br>Date of Previous Amended Judgment: _____<br>*(Use Date of Last Amended Judgment if Any)* | ) <br> ) Case No: 3:21-CR-00027-001<br> ) <br> ) USM No: 94670-509<br> ) <br> ) Chauntilia K. Adaway<br> ) *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under Amendment 821 for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission, and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ___72___ months **is reduced to** ___57___ .

Silman was originally sentenced on May 4, 2023, to a term of 72 months imprisonment to be served consecutively to any term of imprisonment imposed in Madison County Superior Court Case Number 14-MR-479 for violation of probation, and Banks County Superior Court Case Number 21-CR-386. His imprisonment is to be followed by three years of supervised release. He is required to pay $100 for his mandatory assessment.

Based on retroactive Amendment 821, Part A to the *United States Sentencing Guidelines,* defendants with seven (7) or more criminal history points receive one point for being under a criminal justice sentence instead of two when he was originally sentenced. A total of nine (9) criminal history points yields a criminal history category IV. A total offense level 21 with a criminal history category IV, yields an advisory sentencing range of 57-71 months.

The Government agrees that the defendant is eligible for relief and recommends a sentence at the bottom of the newly calculated advisory guideline range. Therefore, the Court grants the sentence reduction, and imposes a sentence of 57 months.

Except as otherwise provided, all provisions of the judgment dated ___May 12, 2023___ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 29 Jan 2024

Judge's signature

Effective Date: February 1, 2024
*(if different from order date)*

C. Ashley Royal, Senior U.S. District Judge
*Printed name and title*