IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

UNITED STATES OF AMERICA

v.

NO. 3:21-CR-00027-001 (CAR)

**BRANDON SILMAN**

## ORDER

On April 1, 2025, a *Petition for Warrant or Summons for Offender* (Doc. 225) was issued for the above-named defendant for violations of his supervised release. On April 3, 2024, the defendant was arrested on the outstanding supervised release warrant and ordered released on April 4, 2025, with conditions of release to include participation in an approved residential substance abuse treatment program.

On April 17, 2025, the defendant was released from custody and entered a residential drug treatment program at Fresh Wind Recovery Ministries in Athens, Georgia. On Monday, April 28, 2025, the probation officer was notified by Athens-Clarke County Police Department that the defendant was declared deceased on April 25, 2025, with the cause of death being a suspected drug overdose.

**IT IS HEREBY ORDERED** that the *Petition for Warrant or Summons for Offender* be dismissed for good and sufficient cause shown to the Court.

SO ORDERED this 13th day of May, 2025.

C. ASHLEY ROYAL
SENIOR U.S. DISTRICT JUDGE

Prepared by: KMH